

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| DR/DJM/MND | *271 Cadman Plaza East* |
| F. #2023R00808 | *Brooklyn, New York 11201* |

May 22, 2026

By ECF

The Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Timothy Spence
>         Criminal Docket No. 26-140

Dear Judge Merchant:

The parties write to jointly and respectfully request that the Court schedule a change of plea hearing in the above-referenced case, and that the Court exclude time until that date.

On May 21, 2026, the government notified the Court that the defendant in the above-referenced case intends to waive indictment and plead guilty to an information, charging him with assault in-aid-of racketeering, in violation of 18 U.S.C. § 1959 and possessing, brandishing and discharging a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c).  The parties request that the Court schedule a change of plea hearing for May 28, 2026 at 2:00 p.m.   The parties further jointly request that the Court enter an order of excludable delay pursuant to 18 U.S.C. § 3161(h)(7).  The parties request that the time period between May 22, 2026 and May 28, 2026 be excluded, in computing the time within which the information must be filed, so that the parties may finalize and execute the plea agreement in advance of the plea hearing.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Molly N. Delaney
        Dana Rehnquist
        Daniel J. Marcus
        Molly N. Delaney
        Assistant U.S. Attorneys
        (718) 254-7000

cc:   Cesar de Castro, Esq.